IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD RAMIREZ,** | Case No. 2:17-cv-0619 KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **CHRISTIAN PFEIFFER,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel. On June 28, 2017, respondent filed a second motion for extension of time in which to file a responsive pleading. Good cause appearing, respondent's second motion is granted. However, no additional extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 11) is granted; and

2. The time for filing respondent's responsive pleading is extended through and including July 31, 2017.

Dated: July 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rami0619.eot2